**Schedule A**

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC. | ROCK THE CASBAH | Nicholas B. Headon<br><br>Michael G. Jones<br><br>John Mellor | May 16, 1982 | PA 146-739 | December 14, 2018 |
| 2. | CENTER CITY MUSIC<br><br>PAL PARK MUSIC | CENTERFOLD | Seth Justman | October 26, 1981 | PA 120-465 | December 15, 2018 |
| 3. | RAY VAUGHAN MUSIC, INC. | PRIDE AND JOY | Stevie Ray Vaughan | June 10, 1983 | PA 253-122 | December 15, 2018 |

143413282.1