UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., CENTER CITY MUSIC, PAL PARK MUSIC, and RAY VAUGHAN MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMISON AND MCFARLAND, LLC, SHIMON SHRIKI, and MICHELLE SHRIKI, <br><br> Defendants. | No. 2:19-cv-00281 RSL <br><br> **ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE BY MAIL** |

This matter came before the Court on Plaintiffs' Motion for Alternative Service by Mail (the "Motion"). The Court, having considered the Motion and all papers filed in support of it, and being fully advised; now, therefore, it is hereby:

ORDERED that the Motion is GRANTED;

ORDERED that the Clerk of Court shall issue a summons to Shimon Shriki at the following addresses:

- 905 E. Howe Street, Seattle, Washington 98102

- 6259 57th Avenue South, Seattle, Washington 98118

ORDER GRANTING MOTION OF SERVICE BY MAIL – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

- 201 1st Avenue South, Seattle, Washington 98104

- 2028 Waverly Pl. N. Apartment 102, Seattle, Washington 98109

and the summons shall give Mr. Shriki 90 days to respond to the complaint.

Dated this 8th day of July, 2019.

*[signature]*
Robert S. Lasnik
United States District Court Judge

Presented by

**PERKINS COIE LLP**

s/ Harry H. Schneider, Jr.,
Harry H. Schneider, Jr., WSBA No. 9404
Heath L. Hyatt, WSBA No. 54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
E-mail: HHyatt@perkinscoie.com

*Attorneys for Plaintiffs Universal Polygram International Publishing, Inc., Center City Music, Pal Park Music, and Ray Vaughan Music, Inc.*

ORDER GRANTING MOTION OF SERVICE BY MAIL – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000