THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., CENTER CITY MUSIC, PAL PARK MUSIC, and RAY VAUGHAN MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMISON AND MCFARLAND, LLC, SHIMON SHRIKI, and MICHELLE SHRIKI, <br><br> Defendants. | No. 2:19-cv-00281 <br><br> [PROPOSED] ORDER FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT MICHELLE SHRIKI |

The Court, having considered the motion of Plaintiffs Universal Polygram International Publishing, Inc., Center City Music, Pal Park Music, and Ray Vaughan Music, Inc. to dismiss its claims against defendant Michelle Shriki, and being fully advised in the premises, now, therefore, it is

ORDERED that all claims by Plaintiffs against defendant Michelle Shriki be, and the same hereby are, dismissed without prejudice and without costs to either party.

ORDER OF DISMISSAL AS TO
DEFENDANT MICHELLE SHRIKI (No.
2:19-cv-00281) – 1
146399167.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 27th day of November, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

By: s/ Harry H. Schneider, Jr.
Harry H. Schneider, Jr., WSBA No. 9404
Heath L. Hyatt, WSBA No. 54141
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: HSchneider@perkinscoie.com
Email: HHyatt@perkinscoie.com

*Attorneys for Plaintiffs Universal Polygram International Publishing, Inc., Center City Music, Pal Park Music, and Ray Vaughan Music, Inc.*

ORDER OF DISMISSAL AS TO
DEFENDANT MICHELLE SHRIKI (No.
2:19-cv-00281) – 2
146399167.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000